FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTE BRACEY,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | No. 2:24-CV-00196-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>**ECF Nos. 23, 25, 27, 40, 46 & 69** |

**BEFORE THE COURT** is the parties' stipulated motion for the dismissal of this case, with prejudice, and with each party bearing its own costs and fees. ECF No. 69. Attorney Marshall W. Casey represents Plaintiff; Defendant is represented by Steven D. Jensen and William Christopher Gibson.

The Court has reviewed the record and file and is fully informed.

Pursuant to Fed. R. Civ. P. 41(a) and good cause appearing therefor, **IT IS HEREBY ORDERED:**

1.   The parties' stipulated motion to dismiss this case, **ECF No. 69**, is **GRANTED**.

2.   Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3.   Plaintiff's Motion for Summary Judgment, **ECF No. 46**, Defendant's Motion for Summary Judgment, **ECF No 40**, and the parties' motions to exclude witness testimony, **ECF Nos. 23, 25 & 27**, are **DENIED AS MOOT**.

ORDER - 1

4. All pending deadlines and hearings are **STRICKEN**.

5. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED September 3, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2